### ZELLA BROWN V. THE STATE.

No. 23725. Delivered June 25, 1947.

No attorney of record on appeal for appellant.

*Ernest S. Goens,* State's Attorney, of Austin, for the State.

BEAUCHAMP, Judge.

The appellant was convicted for the offense of possessing equipment and material designed for and capable of use for, and

used in the manufacture of whisky in a dry area. A fine of three hundred dollars was assessed.

The record before us contains no notice of appeal and, therefore, this court has no jurisdiction. The appeal is dismissed.